**Order entered January 18, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00242-CV

## IN THE INTEREST OF M.C.M. AND M.A.M., CHILDREN

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-53554-2020**

### No. 05-21-00373-CV

## IN THE INTEREST OF M.C.M. AND M.A.M., CHILDREN

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-50778-2021**

### No. 05-21-00360-CV

## MOLLY L. WILKERSON, Appellant

## V.

## MARK MALDONADO, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-51795-2021**

**MOLLY LOUISE WILKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F-2145223-J**

**ORDER
Before the Court En Banc[1]**

Before the Court is appellant's January 9, 2023 letter which we treat as a motion to recuse Justice Emily Miskel.  Appellant's motion is **DENIED**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE

---

[1] After Justice Miskel declined to recuse herself, the motion was certified to and decided by the remaining justices en banc.  *See* TEX. R. APP. P. 16.3(B).